1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT
9                     EASTERN DISTRICT OF CALIFORNIA
10
11  VICTOR MANUEL ROMAN,                1:04-cv-05675-AWI-SMS-P
12              Plaintiff,              **ORDER ADOPTING FINDINGS AND**
    vs.                                 **RECOMMENDATIONS** (Doc. 9)
13
    KRAMER, et al.,                     **ORDER DISMISSING ACTION**
14
                Defendants.
15                              /
16
17      Plaintiff, Victor Manuel Roman ("plaintiff"), a state
18  prisoner proceeding pro se and in forma pauperis, has filed this
19  civil rights action seeking relief under 42 U.S.C. § 1983.  The
20  matter was referred to a United States Magistrate Judge pursuant
21  to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.
22      On November 29, 2005, the Magistrate Judge filed Findings
23  and Recommendations herein which were served on the parties and
24  which contained notice to the parties that any objections to the
25  Findings and Recommendations were to be filed within twenty (20)
26  days.  To date, the parties have not filed objections to the
27  Magistrate Judge's Findings and Recommendations.
28  //

                                1

1 | In accordance with the provisions of 28 U.S.C.
2 | § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 | <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the
4 | entire file, the Court finds the Findings and Recommendations to
5 | be supported by the record and by proper analysis.
6 |     Accordingly, IT IS HEREBY ORDERED that:
7 |     1.  The Findings and Recommendations, filed November 29,
8 | 2005, are ADOPTED IN FULL; and,
9 |     2.  This action is DISMISSED for plaintiff's failure to
10 | state a claim for relief and failure to prosecute this action.

IT IS SO ORDERED.

**Dated:   February 14, 2006**           **/s/ Anthony W. Ishii**
0m8i78                                    UNITED STATES DISTRICT JUDGE